IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| LAURA K. RHODES | ) | CASE NO. 1:19-CV-02972 |
| | ) | |
| Plaintiff, | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | **STIPULATED NOTICE OF** |
| | ) | **DISMISSAL WITH PREJUDICE.** |
| LORAIN COUNTY CHILDREN SERVICES | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, Laura K. Rhodes, and Defendant, Lorain County Children Services, by and through their respective counsel, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate that Plaintiff dismisses her Complaint, with prejudice, remaining court costs to Defendant.

| | |
|---|---|
| | Respectfully submitted, |
| CONSOLO LAW FIRM CO., LPA | MAZANEC, RASKIN & RYDER CO., LPA |
| /s/ Horace F. Consolo | /s/ Patricia C. Ambrose Rubright |
| FRANK CONSOLO [0042455] | TODD M. RASKIN [0003625] |
| HORACE F. CONSOLO [0096571] | PATRICIA C. AMBROSE RUBRIGHT [0009435] |
| 627 West St. Clair Avenue | 100 Franklin's Row |
| Cleveland, Ohio 44113 | 34305 Solon Road |
| (216) 696-5400 FAX (216) 696-2610 | Cleveland, Ohio 44139 |
| fconsolo@consololaw.com | (44) 248-7906 FAX (440) 248-8861 |
| hconsolo@consololaw.com | traskin@mrrlaw.com |
| *Attorneys for Plaintiff Laura K. Rhodes* | prubright@mrrlaw.com |
| | *Attorneys for Defendant* |
| **IT IS SO ORDERED.** | DENNIS P. WILL, PROSECUTING ATTORNEY |
| /s/ Solomon Oliver, Jr. | /s/ Daniel F. Petticord |
| United States District Judge | DANIEL F. PETTICORD [0060009] |
| 11/20/2020 | 225 Court Street – 3rd Floor |
| | Elyria, Ohio 44035 |
| | (440) 329-5455 / FAX (440) 329-5430 |
| | dan.petticord@lcprosecutor.org |
| | *Attorney for Defendant* |